UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARY BILEK, et al.,

                Plaintiff,                              19-mc-537 (PKC)

       -against-                                 <u>ORDER</u>

NATIPNAL CONGRESS OF EMPLOYERS,
INC., ET AL.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The parties and movant Group Plan Administrators, Inc. shall promptly advise the Court in writing whether they consent to the transfer of the pending motion to the Northern District of Illinois where the underlying action is pending.

        SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       November 26, 2019