## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

MARY BILEK, individually and on behalf of
others similarly situated,

       Plaintiff,

v.

NATIONAL CONGRESS OF EMPLOYERS,
INC., et al.,

       Defendants.

---

Civil Action No. 1:19-mc-00537

Northern District of Illinois
Civil Action No. 1:18-cv-03083

## NOTICE OF WITHDRAWAL OF NON-PARTY, GROUP PLAN ADMINISTRATOR, INC.'S MOTION TO QUASH RULE SUBPOENA

Currently pending before the Court is a Motion to Quash the Rule 45 Subpoena, dated November 18, 2019, and filed by Movant Group Plan Administrators, Inc. ("***GPA***") [ECF No. 1] (hereinafter the "***Motion***").  The Motion seeks an Order quashing the November 4, 2019 Subpoena served upon Movant GPA, and issued by the Clerk of the Court for the United States District Court for the Northern District of Illinois, in the matter of *Mary Bilek v. National Congress of Employers, Inc. et al.*, under Civil Action No. 1:18-cv-03083 (hereinafter the "***Ill. Action I***").  In light of significant developments that impact the Motion since the filing – most notably, the May 21, 2020 Order of the United States District Court for the Norther District of Illinois [Ill. Action I, ECF No. 239] quashing (without prejudice) Plaintiff's Subpoenas to Non-Parties [Ill. Action I, ECF No. 214], without first exhausting her efforts to obtain information from direct-party Defendants – Movant GPA respectfully requests that the Court withdraw the Motion, currently pending, to Quash pursuant to Fed. R. Civ. P. 45(d)(3).

1

Movant GPA now files this Notice, with notice to Counsel for Mary Bilek, to inform the

Court that GPA is withdrawing the Motion, without prejudice, and with the right to re-file, in

view of the foregoing.

Dated: June 17, 2020

                                    Respectfully submitted,

                                    B&B LAW GROUP, LLC
*Attorneys for the Movant,*
*Group Plan Administrators, Inc.*
112 Main Road, Suite 4
Montville, New Jersey 07045
P:  (973) 536-2224
E:  leigh@b-blawgroup.com

By: */s/ Leigh Birnbaum*_____
             LEIGH BIRNBAUM, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that after this Notice is filed in the United States District

Court for the Southern District of New York, it will be served, via electronic mail and the

Court's SDNY CM/ECF, to the following parties:

Alexander Burke, Esq.,
aburke@burkelawllc.com,
Burke Law Offices, LLC
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601
*Attorneys for Plaintiff*

 

B&B LAW GROUP, LLC
*Attorneys for the Movant,*
*Group Plan Administrators, Inc.*
112 Main Road, Suite 4
Montville, New Jersey 07045
P:  (973) 536-2224
E:  leigh@b-blawgroup.com

By: */s/ Leigh Birnbaum*
      LEIGH BIRNBAUM, ESQ.