UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARY BILEK,

                Plaintiff,                              19-mc-537 (PKC)

    -against-

                                                      ORDER

GROUP PLAN ADMINISTRATORS, INC.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Motion to Quash, (Doc. 3), is deemed withdrawn. The Clerk shall administratively close the case.

        SO ORDERED.

                                                    _____
                                                       P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
          July 21, 2020